United States Courts
Southern District of Texas
FILED
*October 20, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>v.<br><br>**(1) CARMEN GAMBOA**<br><br>**(2) DESTINY ESTRADA**,<br><br>Defendants. | **Case No.** **4:26-cr-678** |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

Title 18, United States Code, Sections 1201(a) and 2—Aiding and Abetting Kidnapping

On or about June 1, 2026, in the Houston Division of the Southern District of Texas,

**CARMEN GAMBOA**
**AND**
**DESTINY ESTRADA**

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did unlawfully seize, confine, kidnap, abduct and carry away and hold for ransom, reward, and otherwise, Cesar Alvarado, and in committing and in furtherance of the commission of the offense, used means, facilities, and instrumentalities of interstate and foreign commerce, to include but not limited to Cellular Telephones, a Motor Vehicle, Banking Institutions, Cash App, Zelle, and ATMs.

In violation of Title 18, United States Code, Sections 1201(a) and 2.

**A TRUE BILL.**

Original signature on file

______________________________
**FOREPERSON OF THE GRAND JURY**

**AARON F. REITZ**
United States Attorney

______________________________
Jill Jenkins Stotts
Assistant United States Attorney
Southern District of Texas